**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF DECEMBER 29, 2015**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| **WD78047** | **Cary Newsome vs. Kansas City Missouri School District** |
| **WD78581** | **In the Interest of: J.J.E. vs. Juvenile Officer** |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| **WD77890** | **State of Missouri vs. Thadius J. Hughes** |
| **WD78120** | **State of Missouri vs. Thomas R. Doyle** |
| **WD78212** | **State of Missouri vs. William Wallace Terry** |